AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District |
|---|---|
| Name of Movant: CAMILO AGUIRRE | Prisoner No. 23174-038 | Case No. 1:00-10224-001 RCL |
| Place of Confinement: F.C.I. ELKTON, P.O. BOX 10, LISBON, OH 44432 | | |

UNITED STATES OF AMERICA    V.    CAMILO AGUIRRE

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS.

2. Date of judgment of conviction  OCTOBER 28, 2002

3. Length of sentence  135 MONTHS

4. Nature of offense involved (all counts)  TITLE 21 U.S.C. §846; TITLE 21 U.S.C. §841(a)(1); AND TITLE 21 U.S.C. 841(a)(1).

05 10817 RCL

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)  N/A
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?  N/A
   Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

RECEIPT # _____
AMOUNT $ ___ N/A
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. M.P
DATE  4/25/05

MAGISTRATE JUDGE  LTS

(2)

9. If you did appeal, answer the following:

   (a) Name of court __UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT.__

   (b) Result __THE CASE WAS AFFIRMED__

   (c) Date of result __MARCH 4, 2004__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

    (4) Did you receive an evidentiary hearing on your petition, application or motion? N/A

    Yes ☐    No ☐

    (5) Result __N/A__

    (6) Date of result __N/A__

    (b) As to any second petition, application or motion give the same information: N/A

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

(3)

AO 243 (Rev. 2/95)

    (4) Did you receive an evidentiary hearing on your petition, application or motion? N/A
        Yes ☐     No ☐

    (5) Result _____ N/A _____

    (6) Date of result _____ N/A _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion? N/A
    (1) First petition, etc.     Yes ☐     No ☐
    (2) Second petition, etc.     Yes ☐     No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____ N/A _____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

<u>Caution:</u>    <u>If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: __Ineffective Assistance of Counsel. Counsel was ineffective for failing to argue the breach of plea agreement by the government.__

Supporting FACTS (state *briefly* without citing cases or law) Please See Attached Motion for Facts.

The Petitioner complains that his sentence was improperly enhanced with 2 level based on a quantity of drug different from the one stipulated in the plea agreement and stipulated at the plea hearing.

B. Ground two: __Petitioner's Sixth Amendment right to trial by jury was violated.__

Supporting FACTS (state *briefly* without citing cases or law) Petitioner's Sixth Amendment right to trial by jury was violated when the District Court enhanced Petitioner sentence based on a quantity of drug different from the one established in the agreement; and based on §3B1.1(c) of the U.S.S.G., contrary to the recent Supreme Court Opinion in Blaikely.

C. Ground three: NONE

Supporting FACTS (state *briefly* without citing cases or law) N/A

(5)

D. Ground four: _____ NONE

Supporting FACTS (state *briefly* without citing cases or law) _____
_____ N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:
A & B. Petitioner realized of the Ineffective Assistance of Counsel after his interation with others inmate.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
   Yes ☒   No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
   (a) At preliminary hearing   RAYMOND E. GILLESPIE
   875 MASSACHUSETTS AVENUE - SUITE 321, CAMBRIDGE, MA 02139
   (b) At arraignment and plea   RAYMOND E. GILLESPIE

   (c) At trial   PETITIONER PLEAD GUILTY

   (d) At sentencing   RAYMOND GILLESPIE

(6)

AO 241 (Rev. 5/85)

(e) On appeal  RAYMOND E. GILLESPIE
               THE SAME ADDRESS ABOVE

(f) In any post-conviction proceeding    N/A  (PETITIONER IS ACTING PRO - SE)

(g) On appeal from any adverse ruling in a post-conviction proceeding   N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future:  N/A

    (b) Give date and length of the above sentence:  N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____2CC_____
     (date)

_____
Signature of Petitioner

(7)