UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAMILO AGUIRRE,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 05-10817-RCL |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S MOTION TO EXTEND TO SEPTEMBER 30, 2005
THE GOVERNMENT'S TIME WITHIN WHICH TO FILE A RESPONSE
TO CAMILO AGUIRRE'S SECTION 2255 MOTION**

Now comes the United States of America, by and through the undersigned counsel, and moves to extend until September 30, 2005 the time within which the government may file a response to Camilo Aguirre's Section 2255 Motion. In support thereof, the government sets forth the following:

1. On or about April 19, 2005, petitioner Camilo Aguirre ("Aguirre") mailed a copy of his Section 2255 motion ("Aguirre's motion") to James Farmer, Chief of the Criminal Division at the U.S. Attorney's Office for the District of Massachusetts ("AUSA Farmer"). That pleading was received in the U.S. Attorney's Office on or about April 22, 2005 and, by April 22, 2005, had been routed to Assistant U.S. Attorney Patrick Hamilton ("AUSA Hamilton"), who had handled the final stages of Aguirre's prosecution.

2. The government did not file a response to Aguirre's motion because AUSA Hamilton did not receive an order from this Court directing him to do so.

3. On August 24, 2005, this Court's Deputy Clerk inquired of AUSA Hamilton concerning the status of the government's response to Aguirre's motion. It was as a result of this communication that AUSA Hamilton learned that this Court had issued an order dated April 26, 2005 directing the government to file a response to Aguirre's motion within 20 days of its receipt of said order.

4. The undersigned did not receive directly from the Court a copy of the Court's April 26 order and does not believe that AUSA Farmer received a copy of said order, because it would have been promptly routed to AUSA Hamilton, just as Aguirre's pleadings had been.

5. Therefore, the government submits that the 20-day period referenced in the Court's April 26 order began to run on August 24, 2005 and that its response to Aguirre's motion is due on or before Friday, September 16, 2005.

6. Due to the undersigned's other commitments, the government requests an additional two weeks -- until Friday, September 30, 2005 -- within which to file its response to Aguirre's motion.

7. Since Aguirre's motion does not challenge the applicability of a mandatory minimum ten-year sentence, and since he was arrested on and has remained in custody since June 20, 2000, the government submits that he will not be prejudiced by the short extension requested by the government.

2

For all the foregoing reasons, the government respectfully requests that this Honorable Court grant its motion and extend to September 30, 2005 the government's time within which to file a response to Camilo Aguirre's Section 2255 motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     *s/Patrick M. Hamilton/*
      PATRICK M. HAMILTON
      Assistant U.S. Attorney
      U. S. Attorney's Office
      John Joseph Moakley
      United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
Date:    August 25, 2005          (617)748-3251

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served on August 25, 2005 via certified mail, return receipt requested, upon Camilo Aguirre, Reg. No. 23174-038, F.C.I. Elkton, P.O. Box 10, Lisbon, Ohio 44432.

Date:    August 25, 2005          *s/Patrick M. Hamilton/*
      Patrick M. Hamilton