CAMILO AGUIRRE
Reg. No. 23174-038 A/A
Federal Correctional Institution Elkton
P.O. Box 10
Lisbon, OH 44432


November 14, 2006


Honorable Reginald C. Lindsay
United States District Judge
District of Massachusetts (Boston)
1 Courthouse Way
Room 2300
Boston, MA 02210


Re:   Motion to Vacate under 28 U.S.C. §2255
      Civil Action 05-10817
      Camilo Aguirre v. United States of America


Honorable Judge:

    I respectfully write to Your Honor requesting information related to my habeas corpus petition. Since 18 months already passed and a decision has not been rendered in the above referenced case, I considered appropriate to request information from Your Honor. The parties submitted their pleadings already, however, Your Honor haven't rule on it yet.

    Thank you for your time and cooperation with this very important matter.

Respectfully submitted,

CAMILO AGUIRRE