UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CAMILO AGUIRRE**

**V.**                                                    **CIVIL ACTION NO. 05-10817-RCL**

**UNITED STATES**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Memorandum and Order of May 31, 2007, denying petitioner's motion to vacate, set aside or correct sentence, Judgment is hereby entered as follows: Judgment for the respondent, United States dismissing this action.

June 4, 2007                                      /s/ Lisa M. Hourihan
                                                 Deputy Clerk