UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUN 18 P 1: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

CAMILO AGUIRRE,
    Petitioner,

-against-

UNITED STATES OF AMERICA,
    Respondent.

CIVIL ACTION No. 05-10817-RCL

**NOTICE OF APPEAL**

    Now Comes, the Petitioner, Camilo Aguirre, and appeals to the United States Court of Appeals for the First Circuit, from this Court's Memorandum and Order dated May 31, 2007, and denying Petitioner Motion Under 28 U.S.C. §2255. **See copy of Memorandum and Order herewith attached.**

Respectfully submitted,

CAMILO AGUIRRE
Reg. No. 23174-038
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44432

Dated: June 8, 2007
Lisbon, Ohio