```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
      V.                    )    Civil Action No. 05-10817-RCL
                            )
CAMILO AGUIRRE              )
```

**NOTICE OF APPEARANCE**

     Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/ Andrew E. Lelling
                         ANDREW E. LELLING
                         Assistant U.S. Attorney
                         United States Attorney's Office
                         One Courthouse Way, Suite 9200
                         Boston, MA 02210
                         (617) 748-3177
```

Dated: June 27, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 27, 2007.

        /s/: *Andrew E. Lelling*
        ANDREW E. LELLING
        Assistant U.S. Attorney

Dated: June 27, 2007