UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10817

Camilo aguirre

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-12

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/19/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 20, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/ [Deputy Clerk]

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/30/07.

/s/ [signature]
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10817-RCL

Aguirre v. United States of America  
Assigned to: Judge Reginald C. Lindsay  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/22/2005  
Date Terminated: 06/04/2007  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Camilo Aguirre**  represented by **Camilo Aguirre**  
23174-038  
F.C.I. Elkton  
P.O. Box 10  
Lisbon, OH 44432  
PRO SE

V.

**Respondent**

**United States of America**  represented by **Andrew E. Lelling**  
United States Attorney's Office  
1 Courthouse Way  
Boston, MA 02210  
617-748-3177  
Email: andrew.lelling@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Patrick M. Hamilton**  
Day Pitney LLP  
One International Place  
Boston, MA 02210  
617-345-4804  
Fax: 617-345-4745  
Email: phamilton@daypitney.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255) , filed by |

| | | |
|---|---|---|
| | | Camilo Aguirre.(Stanhope, Don) (Entered: 04/26/2005) |
| 04/22/2005 | 2 | MEMORANDUM OF LAW in Support of 1 Motion to Vacate/Set Aside/Correct Sentence (2255). filed by Camilo Aguirre (Stanhope, Don) (Entered: 04/26/2005) |
| 04/26/2005 | 3 | Judge Reginald C. Lindsay : ORDER entered. SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Stanhope, Don) (Entered: 04/26/2005) |
| 04/26/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Stanhope, Don) (Entered: 04/26/2005) |
| 08/25/2005 | 4 | MOTION for Extension of Time to 30-Sept-2005 to File response *to Aguirre's 2255 Motion* by United States of America.(Hamilton, Patrick) (Entered: 08/25/2005) |
| 09/08/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 4 Motion for Extension of Time (York, Steve) (Entered: 09/08/2005) |
| 09/13/2005 | 5 | Government's Opposition To Camilo Aguirre's Section 2255 motion by United States of America. (Attachments: # 1 Exhibit)(York, Steve) Modified on 9/16/2005 (to insert text 2255 motion) (York, Steve). (Entered: 09/13/2005) |
| 09/16/2005 | | Notice of correction to docket made by Court staff. Correction: Docket text corrected: To insert the text (2255 Motion) (York, Steve) (Entered: 09/16/2005) |
| 10/03/2005 | 6 | Petitioner's Reply to the Government re 5 Opposition to Camilo Aguirre Section 2255 Motion. by Camilo Aguirre (York, Steve) (Entered: 10/04/2005) |
| 11/21/2006 | 7 | Letter from Camilo Aguirre. (York, Steve) (Entered: 11/21/2006) |
| 02/20/2007 | 8 | MOTION for Inclusion of additional case by Camilo Aguirre.(York, Steve) (Entered: 02/20/2007) |
| 03/15/2007 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 8 Motion for Inclusion of additional case (York, Steve) (Entered: 03/15/2007) |
| 05/31/2007 | 9 | Judge Reginald C. Lindsay : MEMORANDUM AND ORDER ON MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE. (Lindsay, Reginald) (Entered: 05/31/2007) |
| 06/04/2007 | 10 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of respondent against petitioner(Hourihan, Lisa) (Entered: 06/04/2007) |
| 06/19/2007 | 11 | NOTICE OF APPEAL by Camilo Aguirre NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

|  |  | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/9/2007. (York, Steve) (Entered: 06/19/2007) |
|---|---|---|
| 06/27/2007 | 12 | NOTICE of Appearance by Andrew E. Lelling on behalf of United States of America (Lelling, Andrew) (Entered: 06/27/2007) |