# United States Court of Appeals
## For the First Circuit

No. 07-2120

05-10817

CAMILO AGUIRRE

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

CERTIFIED COPY
HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

 CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Melinda M[...]  Date: 09/07/07

**ORDER OF COURT**
Entered: September 7, 2007
Pursuant to 1st Cir. R. 27.0(d)

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
Chief Deputy Clerk

[Certified copies to: Honorable Reginald C. Lindsay, Sarah A. Thornton, Clerk of the District Court for the District of Massachusetts]

[cc: Camilo Auguirre, Patrick M. Hamilton AUSA, Andrew E. Lelling AUSA, Dina Michael Chaitowitz AUSA]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12531-MEL

Kouvchinov v. Parametric Technology Corp. et al
Assigned to: Senior Judge Morris E. Lasker
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 12/02/2004
Date Terminated: 07/31/2007
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Alexei Kouvchinov**　　　　represented by **Stephen S. Churchill**
Hale and Dorr Legal Services Center of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
617-390-2578
Fax: 617-522-0715
Email: schurchi@law.harvard.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Parametric Technology Corp.**　　represented by **Guy P. Tully**
Jackson Lewis LLP
75 Park Plaza
4th Floor
Boston, MA 02327
617-367-0025
Fax: 617-367-2155
Email: tullyg@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CDI Corp.**　　represented by **Amy L. Nash**
*TERMINATED: 03/17/2006*
WilmerHale LLP
60 State Street
Boston, MA 02109
617-526-6106
Fax: 617-526-5000
Email: amy.nash@wilmerhale.com
*TERMINATED: 03/17/2006*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Suzanne M. Suppa**
Littler Mendelson
One International Place
Suite 2700
Boston, MA 02110
617-378-6000
Fax: 617-737-0052
Email: ssuppa@littler.com
*TERMINATED: 03/17/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wales**

represented by **Guy P. Tully**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Connecticut General Life Insurance Co.**
*TERMINATED: 03/06/2006*

represented by **David B. Crevier**
Crevier & Ryan LLP
1500 Main Street
Suite 2020
Springfield, MA 01115-5532
413-787-2400
Fax: 413-781-8235
Email: dcrevier@crevierandryan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2004 | 1 | COMPLAINT against CDI Corp., Connecticut General Life Insurance Co., Parametric Technology Corp., Lisa Wales Filing fee: $ 150, receipt number 60477, filed by Alexei Kouvchinov.(Howarth, George) (Entered: 12/03/2004) |
| 12/02/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Howarth, George) (Entered: 12/03/2004) |
| 12/02/2004 |  | Summons Issued as to CDI Corp., Connecticut General Life Insurance Co., Parametric Technology Corp., Lisa Wales. (Howarth, George) (Entered: 12/03/2004) |
| 02/28/2005 | 2 | NOTICE of Appearance by David B. Crevier on behalf of Connecticut General Life Insurance Co. (Crevier, David) (Entered: 02/28/2005) |
| 03/07/2005 | 3 | ANSWER to Complaint by Parametric Technology Corp..(Tully, Guy) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 03/07/2005) |
| 03/07/2005 | 4 | ANSWER to Complaint by Lisa Wales.(Tully, Guy) (Entered: 03/07/2005) |
| 03/07/2005 | 5 | NOTICE of Appearance by Guy P. Tully on behalf of Parametric Technology Corp., Lisa Wales (Tully, Guy) (Entered: 03/07/2005) |
| 03/07/2005 | 6 | CORPORATE DISCLOSURE STATEMENT by Parametric Technology Corp.. (Tully, Guy) (Entered: 03/07/2005) |
| 03/10/2005 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 4/21/2005 02:15 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 03/10/2005) |
| 03/11/2005 | 8 | SUMMONS Returned Executed CDI Corp. served on 2/22/2005, answer due 3/14/2005. (Abaid, Kim) (Entered: 03/15/2005) |
| 03/11/2005 | 9 | SUMMONS Returned Executed Connecticut General Life Insurance Co. served on 3/8/2005, answer due 3/28/2005. (Abaid, Kim) (Entered: 03/15/2005) |
| 03/14/2005 | 10 | CORPORATE DISCLOSURE STATEMENT by CDI Corp.. (Abaid, Kim) (Entered: 03/15/2005) |
| 03/14/2005 | 11 | ANSWER to Complaint by CDI Corp.(Abaid, Kim) (Entered: 03/15/2005) |
| 03/16/2005 | 12 | SUMMONS Returned Executed Lisa Wales served on 3/7/2005. (Bell, Marie) (Entered: 03/17/2005) |
| 03/16/2005 | 13 | SUMMONS Returned Executed Parametric Technology Corp. served on 3/7/2005. (Bell, Marie) (Entered: 03/17/2005) |
| 03/21/2005 | 14 | MOTION for Authorization of student representation by Alexei Kouvchinov.(Howarth, George) (Entered: 03/23/2005) |
| 03/25/2005 | 15 | AMENDED ANSWER to *Plaintiff's Complaint* by Parametric Technology Corp.. (Tully, Guy) (Entered: 03/25/2005) |
| 03/25/2005 | 16 | AMENDED ANSWER to *Plaintiff's Complaint* by Lisa Wales. (Tully, Guy) (Entered: 03/25/2005) |
| 03/28/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by Connecticut General Life Insurance Co.. (Crevier, David) (Entered: 03/28/2005) |
| 03/28/2005 | 18 | MOTION to Dismiss *Count III of Plaintiff's Complaint* by Connecticut General Life Insurance Co..(Crevier, David) (Entered: 03/28/2005) |
| 04/01/2005 |  | NOTICE of Scheduling Conference Scheduling Conference set for 4/21/2005 02:15 PM and Motion Hearing will be held on the same time in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 04/01/2005) |
| 04/07/2005 | 19 | MOTION for Extension of Time to 4/18/05 to File Response/Reply as to 18 MOTION to Dismiss *Count III of Plaintiff's Complaint* by Alexei |

|  |  |  |
|---|---|---|
|  |  | Kouvchinov.(Churchill, Stephen) (Entered: 04/07/2005) |
| 04/11/2005 |  | Judge Morris E. Lasker : ORDER entered granting 19 Motion for Extension of Time to File Response/Reply re 19 MOTION for Extension of Time to 4/18/05 to File Response/Reply as to 18 MOTION to Dismiss *Count III of Plaintiff's Complaint* (Howarth, George) (Entered: 04/19/2005) |
| 04/12/2005 | 20 | NOTICE of Appearance by David B. Crevier on behalf of Connecticut General Life Insurance Co. (Crevier, David) (Entered: 04/12/2005) |
| 04/14/2005 | 21 | JOINT STATEMENT re scheduling conference. (Churchill, Stephen) (Entered: 04/14/2005) |
| 04/14/2005 | 22 | CERTIFICATION pursuant to Local Rule 16.1 by Connecticut General Life Insurance Co..(Crevier, David) (Entered: 04/14/2005) |
| 04/14/2005 | 23 | CERTIFICATION pursuant to Local Rule 16.1 by Alexei Kouvchinov. (Churchill, Stephen) (Entered: 04/14/2005) |
| 04/15/2005 | 24 | CERTIFICATE OF CONSULTATION *of Lisa Wales* by Guy P. Tully on behalf of Lisa Wales. (Tully, Guy) (Entered: 04/15/2005) |
| 04/15/2005 | 25 | CERTIFICATE OF CONSULTATION *of Parametric Technology Corporation Pursuant To Rule 16.1* by Guy P. Tully on behalf of Parametric Technology Corp.. (Tully, Guy) (Entered: 04/15/2005) |
| 04/15/2005 | 27 | CERTIFICATION pursuant to Local Rule 16.1 by CDI Corp..(Howarth, George) (Entered: 04/26/2005) |
| 04/18/2005 | 26 | Opposition re 18 MOTION to Dismiss *Count III of Plaintiff's Complaint* filed by Alexei Kouvchinov. (Churchill, Stephen) (Entered: 04/18/2005) |
| 04/21/2005 | 28 | Judge Morris E. Lasker : ORDER entered denying 18 Motion to Dismiss. For full text see docket no.28. (Howarth, George) Modified on 4/27/2005 (Howarth, George). (Entered: 04/27/2005) |
| 04/27/2005 |  | Clerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing re 14 MOTION Authorization of student representation filed by Alexei Kouvchinov,Arguments,motion taken under advisement, Scheduling Conference Court adopts schedule as proposed. (Court Reporter none.) (Howarth, George) (Entered: 04/27/2005) |
| 05/09/2005 | 29 | ANSWER to Complaint by Connecticut General Life Insurance Co.. (Crevier, David) (Entered: 05/09/2005) |
| 05/13/2005 | 30 | Document disclosure by CDI Corp.. (Attachments: # 1 Exhibit A) (Howarth, George) (Entered: 05/16/2005) |
| 12/28/2005 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 14 Motion Authorization of Student Representation (Howarth, George) (Entered: 12/28/2005) |
| 01/20/2006 | 31 | Joint MOTION for Extension of Time to March 15, 2006 to Complete Discovery *and For Extension of Summary Judgment Deadlines* by Alexei |

|  |  | Kouvchinov.(Churchill, Stephen) (Entered: 01/20/2006) |
|---|---|---|
| 01/24/2006 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 31 Motion for Extension of Time to Complete Discovery (Howarth, George) (Entered: 01/26/2006) |
| 03/06/2006 | 32 | STIPULATION of Dismissal *With Prejudice As To Count III of the Complaint and Connecticut General Life Insurance Company* by Connecticut General Life Insurance Co.. (Crevier, David) (Entered: 03/06/2006) |
| 03/07/2006 | 33 | Joint MOTION for Extension of Time to March 31, 2006 to Complete Discovery by Alexei Kouvchinov.(Churchill, Stephen) (Entered: 03/07/2006) |
| 03/07/2006 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 33 Motion for Extension of Time to Complete Discovery (Howarth, George) (Entered: 03/09/2006) |
| 03/07/2006 | 34 | STIPULATION of Dismissal With Prejudice Between Alexei Kouvhinov and CDI Corp. (Howarth, George) Modified on 3/17/2006 (Howarth, George). (Entered: 03/17/2006) |
| 03/17/2006 |  | Notice of correction to docket made by Court staff. Correction: Name of terminated party corrected because: That the party CDI Corp should have been terminated (Howarth, George) (Entered: 03/17/2006) |
| 04/11/2006 | 35 | Joint MOTION for Extension of Time to May 26, 2006 and related dates to File Summary Judgment Materials by Parametric Technology Corp., Lisa Wales.(Tully, Guy) (Entered: 04/11/2006) |
| 04/20/2006 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 35 Motion for Extension of Time (Howarth, George) (Entered: 04/20/2006) |
| 05/19/2006 | 36 | Assented to MOTION for Extension of Time to June 2, 2006 and other related dates to File *summary judgment motions, oppositions and replies* by Parametric Technology Corp., Lisa Wales.(Tully, Guy) (Entered: 05/19/2006) |
| 05/23/2006 |  | Judge Morris E. Lasker : Electronic ORDER entered granting 36 Motion for Extension of Time to File (Howarth, George) (Entered: 05/23/2006) |
| 06/02/2006 | 37 | STIPULATION of Dismissal *of Counts VI and VII* by Alexei Kouvchinov. (Churchill, Stephen) (Entered: 06/02/2006) |
| 06/05/2006 | 38 | MOTION for Summary Judgment by Parametric Technology Corp., Lisa Wales.(Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 39 | MEMORANDUM in Support re 38 MOTION for Summary Judgment filed by Parametric Technology Corp., Lisa Wales. (Tully, Guy) Additional attachment(s) added on 6/6/2006 (Howarth, George). (Entered: 06/05/2006) |
| 06/05/2006 | 40 | STATEMENT of facts re 38 MOTION for Summary Judgment *Filed By Parametric Technology Corporation and Lisa Wales*. (Tully, Guy) |

| | | |
|---|---|---|
| | | Additional attachment(s) added on 6/6/2006 (Howarth, George). (Entered: 06/05/2006) |
| 06/05/2006 | 41 | DECLARATION re 38 MOTION for Summary Judgment by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 42 | EXHIBIT re 41 Declaration *Exhibit A* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 43 | EXHIBIT re 41 Declaration *Exhibit B* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 44 | EXHIBIT re 41 Declaration *Exhibit C* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 45 | EXHIBIT re 41 Declaration *Exhibit D* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 46 | EXHIBIT re 41 Declaration *Exhibit F* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 47 | EXHIBIT re 41 Declaration *Exhibit G* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 48 | EXHIBIT re 41 Declaration *Exhibit H* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 49 | EXHIBIT re 41 Declaration *Exhibit I* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 50 | EXHIBIT re 41 Declaration *Exhibit J* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 51 | EXHIBIT re 41 Declaration *Exhibit K* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 52 | EXHIBIT re 41 Declaration *Exhibit L* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 53 | EXHIBIT re 41 Declaration *Exhihbit E-1* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 54 | EXHIBIT re 41 Declaration *Exhibit M* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 55 | EXHIBIT re 41 Declaration *Exhibit E-2* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 56 | EXHIBIT re 41 Declaration *Exhibit O* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 57 | EXHIBIT re 41 Declaration *Exhibit N-1* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 58 | EXHIBIT re 41 Declaration *Exhibit N-2* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |

| | | |
|---|---|---|
| 06/05/2006 | 59 | EXHIBIT re 41 Declaration *Exhibit N-3* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/05/2006 | 60 | EXHIBIT re 41 Declaration *Exhibit N-4* by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 06/05/2006) |
| 06/06/2006 | | Notice of correction to docket made by Court staff. Correction: Docket No. 39 corrected because: Notified by counsel that incorrect pleading was filed, Replaced with correct pleading (Howarth, George) (Entered: 06/06/2006) |
| 06/06/2006 | | Notice of correction to docket made by Court staff. Correction: Docket No. 40 corrected because: Notified by counsel of incorrect pleading filed. Corrrect pleading filed. (Howarth, George) (Entered: 06/06/2006) |
| 07/06/2006 | 61 | Opposition re 38 MOTION for Summary Judgment filed by Alexei Kouvchinov. (Churchill, Stephen) (Entered: 07/06/2006) |
| 07/06/2006 | 62 | STATEMENT of facts *by Plaintiff.* (Churchill, Stephen) (Entered: 07/06/2006) |
| 07/06/2006 | 63 | DECLARATION *of Stephen Churchill* by Alexei Kouvchinov. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Exhibit U# 22 Exhibit V# 23 Exhibit W# 24 Exhibit X# 25 Exhibit Y# 26 Exhibit Z# 27 Exhibit AA# 28 Exhibit BB)(Churchill, Stephen) (Entered: 07/06/2006) |
| 07/27/2006 | 64 | REPLY to Response to Motion re 38 MOTION for Summary Judgment filed by Parametric Technology Corp., Lisa Wales. (Tully, Guy) (Entered: 07/27/2006) |
| 07/27/2006 | 65 | DECLARATION re 64 Reply to Response to Motion *Declaration of Angela Wallace* by Parametric Technology Corp., Lisa Wales. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Tully, Guy) (Entered: 07/27/2006) |
| 08/01/2006 | | ELECTRONIC NOTICE of Hearing on Motion 38 MOTION for Summary Judgment: Motion Hearing set for 9/13/2006 02:30 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 08/01/2006) |
| 09/13/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing held on 9/13/2006 re 38 MOTION for Summary Judgment filed by Parametric Technology Corp.,. Lisa Wales. Arguments,motion taken under advisement. (Court Reporter none.) (Howarth, George) (Entered: 09/15/2006) |
| 07/31/2007 | 66 | Judge Morris E. Lasker : ORDER entered granting 38 Motion for Summary Judgment. For Full Text see Docket No.66 (Howarth, George) (Entered: 08/06/2007) |

| 08/27/2007 | 67 | NOTICE OF APPEAL as to 66 Order on Motion for Summary Judgment by Alexei Kouvchinov NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 9/17/2007. (Howarth, George) (Entered: 08/30/2007) |
|---|---|---|
| 08/30/2007 | | Filing fee: $ 455.99, receipt number 82030 for 67 Notice of Appeal. (Howarth, George) (Entered: 08/30/2007) |