UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 07-2120

USDC Docket Number: 05-cv-10817

Camilo Aguirre

v.

United States of America

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: underlying criminal case 00-10224

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 4, 2007.

Sarah A. Thornton, Clerk of Court

By: *[signature]*

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/4/07

*[signature]*
Deputy Clerk, US Court of Appeals

- 3/06