**MANDATE**

05-10817
USDC/MA-Bo
Lindsay, R.

# United States Court of Appeals
## For the First Circuit

No. 07-2120

CAMILO AGUIRRE,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, Circuit Judge,
Selya, Senior Circuit Judge,
and Lipez, Circuit Judge.

**JUDGMENT**
**Entered: December 28, 2007**

　　We have reviewed the record and the petitioner's submissions, and we deny the request for a certificate of appealability. Petitioner Camilo Aguirre ("Aguirre") has failed to show that his ineffective assistance of counsel claim makes a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). The government did not breach the plea agreement; the agreement only required that the government recommend a sentence "at the low end of the sentencing guideline imprisonment range *as determined by the Court* at the time of sentencing." (Emphasis added). Therefore, Aguirre has not made a substantial showing that his attorney's failure to object to this supposed breach denied him effective assistance of counsel. Aguirre's claim that his jury trial rights were denied also fails to present an arguable issue. Such claims are not cognizable on collateral review. See Cirilo-Munoz v. United States, 404 F.3d 527, 533 (1st Cir. 2005).

<u>The request for a certificate of appealability is denied, and
the appeal is terminated.</u>

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/20/06

By: _____
    Appeals Attorney.

[cc: Camilo Aguirre, Patrick M. Hamilton, AUSA, Andrew E.
     Lelling, AUSA, Dina Michael Chaitowitz, AUSA]